MICHAEL E. WILBUR (State Bar No. 152361)
ANDREA BEDNAROVA (State Bar No. 250709)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California 94610
Telephone: (510) 763-1900
Facsimile:  (510) 763-5952

Attorneys for Defendant
THE NEIL JONES FOOD COMPANY

DENNIS P. WILSON (State Bar No. 133288)
WILSON TRIAL GROUP
3210 E. Shields Avenue, Suite 3
Fresno, California 93726
Telephone: (559) 225-4965

Attorneys for Plaintiffs
LUIS VALDEZ, CAROLINA MARTINEZ
and Proposed Class

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LUIS VALDEZ, as an individual on behalf of himself and on behalf of all others similarly situated, CAROLINA MARTINEZ, as an individual on behalf of herself and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>       vs.<br><br>TOMA-TEK, INC., an unknown business entity; THE NEIL JONES FOOD COMPANY, a Washington Corporation; and DOES 1-100, inclusive,<br><br>                    Defendants. | Case No. 1:13-CV-00519-AWI-SAB<br><br>Complaint Filed: January 11, 2013<br><br>**ORDER APPROVING STIPULATION TO CONTINUE THE DATE OF MANDATORY SCHEDULING CONFERENCE**<br><br>Date: July 2, 2013<br>Time: 9:45 a.m.<br>Courtroom 9 (6th Floor) |

Based on the parties' stipulation and joint request, and good cause appearing, the Mandatory Scheduling Conference is rescheduled to August 20, 2013 at 3 p.m. in Courtroom 9.  At least twenty (20) days prior to the Mandatory Scheduling Conference, trial counsel for all parties shall conduct and conclude a conference as required by Rule 26(f) of the Federal Rules of Civil Procedure, and the parties shall file a Joint Scheduling Report one (1) full week prior to the Mandatory Scheduling Conference.

IT IS SO ORDERED.

Dated:   **June 6, 2013**

UNITED STATES MAGISTRATE JUDGE