# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALDEZ, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE NEIL JONES FOOD COMPANY, et al.,<br><br>        Defendants. | Case No.  1:13-cv-00519-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFFS' REQUEST FOR REMAND AND REQUEST FOR ATTORNEY FEES<br><br>(ECF Nos. 8, 27) |

Defendants removed this action from the Fresno County Superior Court on April 9, 2013. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 22, 2013, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fourteen days.  The parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 22, 2013 is adopted in full; and

2. Plaintiff's Motion to Remand and Request for Sanctions is DENIED.

IT IS SO ORDERED.

Dated:   September 10, 2013

                SENIOR  DISTRICT  JUDGE

1