# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALDEZ, et al., | Case No. 1:13-cv-00519-AWI-SAB |
| Plaintiffs, | |
| v. | ORDER ON STIPULATION TO FILE AMENDED COMPLAINT |
| THE NEIL JONES FOOD COMPANY, et al., | (ECF Nos. 32, 33) |
| Defendants. | |

Pursuant to the stipulation of the parties, Plaintiff's amended complaint was filed on October 21, 2013. Defendant's shall file a responsive pleading within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated: **November 1, 2013**

UNITED STATES MAGISTRATE JUDGE

1