WILSON TRIAL GROUP
DENNIS P. WILSON (State Bar No. 133288)
3210 E. Shields Avenue, Suite 3
Fresno, California 93726
Telephone: (559) 225-4965

Attorneys for Plaintiffs
LUIS VALDEZ, CAROLINA MARTINEZ
and Proposed Class

MICHAEL E. WILBUR (State Bar No. 152361)
ANDREA BEDNAROVA (State Bar No. 250709)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California 94610
Telephone: (510) 763-1900
Facsimile: (510) 763-5952

Attorneys for Defendant
THE NEIL JONES FOOD COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LUIS VALDEZ, as an individual on behalf of himself and on behalf of all others similarly situated, CAROLINA MARTINEZ, as an individual on behalf of herself and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br> vs.<br><br>TOMA-TEK, INC., an unknown business entity; THE NEIL JONES FOOD COMPANY, a Washington Corporation; and DOES 1-100, inclusive,<br><br>   Defendants. | Case No. 1:13-CV-00519-AWI-SAB<br><br>**STIPULATION AND ORDER CONTINUING THE RULE 26 JOINT CONFERNCE TO DECEMBER 17, 2013** |

1

The parties, by and through their counsel, having conferred with one another, and based upon Plaintiff attorney Dennis P. Wilson's trial engagement on 11-19-13 in Sacramento County Superior Court in Department 28, hereby agree and stipulate to continue the Rule 26 Joint conference currently scheduled for November 19, 2013, to either December 17, 2013, or December 19, 2013, subject to the Court's calendar availability.

IT IS HEREBY STIPULATED AND AGREED THAT:

- The Rule 26 Joint Conference be continued to either December 17, 2013, or December 19, 2013, depending upon the Court's calendar.

**STIPULATED AND AGREED:**

Counsel for Plaintiffs                                              Counsel for Defendant

_____            _/s/_____
Dennis P. Wilson                                                   Michael E. Wilbur
**WILSON TRIAL GROUP**                                   Andrea Bednarova
                                                                            FOSTER EMPLOYMENT LAW

THE COURT HAVING REVIEWED THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEAR HEREBY APPROVES AND ORDERS THAT THE RULE 26 JOINT CONFERENCE BE CONTINUED FROM NOVEMBER 19, 2013 TO DECEMBER 17, 2013 at 3:45 p.m.

IT IS SO ORDERED.

Dated:   **November 18, 2013**                    _____
                                                                            UNITED STATES MAGISTRATE JUDGE