# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALDEZ, et al., | Case No.  1:13-cv-00519-AWI-SAB |
| Plaintiffs, | ORDER RE NOTICE OF SETTLEMENT |
| v. | DEADLINE:  June 23, 2014 |
| THE NEIL JONES FOOD COMPANY, et al., | |
| Defendants. | |

On May 7, 2014, the parties filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  Accordingly, it is HEREBY ORDERED that:

1.      All pending matters and dates are VACATED; and

2.      The parties shall file the necessary documents seeking approval of the settlement on or before June 23, 2014.

IT IS SO ORDERED.

Dated:    **May 8, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

1