# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALDEZ, et al., | Case No. 1:13-cv-00519-AWI-SAB |
| Plaintiffs, | ORDER REQUIRING PARTIES TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |
| v. | |
| THE NEIL JONES FOOD COMPANY, et al., | |
| Defendants. | |

On September 11, 2015, the Court conducted a status conference in the instant action. Counsel Dennis Wilson appeared telephonically for Plaintiffs and counsel Michael Wilbur appeared telephonically for Defendant. Based upon the respresentations of counsel during the status conferece, IT IS HEREBY ORDERED that a motion for preliminary approval of the class action settlement shall be filed on or before October 9, 2015.

IT IS SO ORDERED.

Dated:   **September 11, 2015**

UNITED STATES MAGISTRATE JUDGE

1