# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALDEZ, et al., | Case No. 1:13-cv-00519-AWI-SAB |
| Plaintiffs, | ORDER VACATING NOVEMBER 18, 2015 HEARING |
| v. | |
| THE NEIL JONES FOOD COMPANY, et al., | |
| Defendants. | |

On October 9, 2015, Plaintiff filed an unopposed motion for preliminary approval of the class action settlement with oral argument set for November 18, 2015. The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the previously scheduled hearing set on November 18, 2015 will be vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:   **October 21, 2015**

UNITED STATES MAGISTRATE JUDGE

1