# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALDEZ, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>THE NEIL JONES FOOD COMPANY, et al.,<br><br>           Defendants. | Case No. 1:13-cv-00519-AWI-SAB<br><br>ORDER SETTING SCHEDULING CONFERENCE |

  A scheduling order in this action issued on December 19, 2013. (ECF No. 38.) On May 7, 2014, the parties filed a notice of settlement and the dates set forth in the December 19, 2013 scheduling order were vacated. (ECF No. 41.) Since that time, the parties have filed three motions for preliminary approval of the class action settlement which have been denied. (ECF Nos. 47, 54, 67.) Most recently Judge Ishii provided the parties with the opportunity to address the issues that precluded a finding that the settlement was not substantially influenced by the self interest of the named parties and their representatives rather than the interests of the class. (ECF No. 64.) The parties briefing did not quell the concerns of the Court and the proposed settlement was found to fall outside of the range of possible approval. (ECF No. 67.)

  During the two years since the notice of settlement was filed, the parties have filed three motions for preliminary approval without resolving the concerns that the Court has identified. Further, as all three settlement proposals have included the same provisions that have precluded a finding that the settlement was within the range of possible approval and the parties responses to

the order requiring additional briefing, it appears that these issues will preclude approval of the settlement.

The Court finds it is in the interest of the parties and judicial economy to move this action forward. Therefore, the Court shall set a scheduling conference to address the deadlines established in the December 13, 2013 scheduling order and set a date for Plaintiffs to file their motion for class certification.

Accordingly, IT IS HEREBY ORDERED that:

1. A scheduling conference to address the class certification deadline shall be held on **February 19, 2016, at 3:30 p.m.** in Courtroom 9.

2. If the parties wish to appear telephonically at the scheduling conference they shall contact Courtroom Deputy Mamie Hernandez at (559) 499-5672 who will then provide counsel with the **toll-free teleconference number** and **teleconference code** for the call.

3. The parties shall submit a joint scheduling report addressing whether additional discovery is needed prior to Plaintiffs submitting their motion for class certification and setting forth proposed dates **seven days prior to the scheduling conference**.

IT IS SO ORDERED.

Dated:   **January 29, 2016**

UNITED STATES MAGISTRATE JUDGE

2