# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALDEZ, et al., | Case No.  1:13-cv-00519-AWI-SAB |
| Plaintiffs, | ORDER VACATING SCHEDULING CONFERENCE AND SETTING BRIEFING SCHEDULE |
| v. | |
| THE NEIL JONES FOOD COMPANY, et al., | (ECF No. 69) |
| Defendants. | |

On December 24, 2015, the district judge denied the parties' motion for preliminary approval of a settlement in this action. (ECF No. 67.)  On January 29, 2016, an order issued setting a scheduling conference in this action. (ECF No. 68.)  On February 12, 2016, the parties filed a notice that they have addressed the concerns raised in the Decemember 24, 2015 order denying preliminary approval of the class action settlement and will be filing a fourth motion for preliminary approval of the settlement.  Therefore the scheduling conference set for February 19, 2016 shall be vacated and a briefing schedule shall be established to address the motion for preliminary approval of the class action settlement.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for February 19, 2016 at 3:30 p.m. in Courtroom 9 is VACATED and the parties are not required to appear at that time;
2. The motion for preliminary approval of the class action settlement shall be filed on or before February 19, 2016;
3. Any objections to the motion for preliminary approval of the class action settlement shall be filed on or before March 23, 2016, and
4. The hearing on the motion for preliminary approval of the class action settlement shall be held on April 6, 2016 at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **February 16, 2016**

UNITED STATES MAGISTRATE JUDGE