UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALDEZ, et. al.<br><br>Plaintiffs<br><br>vs<br><br>THE NEIL JONES FOOD CO<br><br>Defendant. | **CASE NO.   1:13-cv-00519-AWI-SAB**<br><br>ORDER ASSIGNING CASE<br>RE PRESIDING JUDGE |

IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Magistrate Judge STANLEY A. BOONE as Presiding Judge of the above entitled action. The parties have filed a Consent to Proceed before the assigned Magistrate Judge to conduct all further proceedings in this case, including trial and entry of final judgment.

## ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:
## 1:13-cv-00519 SAB

IT IS SO ORDERED.

Dated:    April 8, 2016                                    _____

SENIOR   DISTRICT   JUDGE