# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALDEZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE NEIL JONES FOOD COMPANY, et al.,<br><br>    Defendants. | Case No.  1:13-cv-00519-SAB<br><br>ORDER RE STIPULATION AND JOINT REQUEST FOR MODIFICATION OF CLASS NOTICE RE WITHHOLDING ON INDIVIDUAL SETTLEMENT PAYMENTS<br><br>(ECF No. 77) |

The parties, through counsel, hereby stipulate and jointly request as follows:

WHEREAS by Order dated April 8, 2016, the Court granted Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

WHEREAS, the Court's April 8, 2016 Order approved the notice to class members that was attached as Exhibit B to the parties' Third Revised Stipulation of Settlement and also appointed CPT Group as the settlement administrator.

WHEREAS the Third Revised Stipulation of Settlement provides, in section D.3., for the settlement administrator to mail forms W4 to class members along with the notice to class members.

WHEREAS the notice approved by the Court states the following on page 6 under the heading "Taxation of Individual Settlement Payments": "The Settlement Administrator will calculate your withholding based on the last W4 form you submitted to Neil Jones.  And if you do

1

1  not have a W4 form on file with Neil Jones, your withholding will be at the highest rate.  If you
2  are uncertain about whether you have a W4 form on file with Neil Jones, or you wish to change
3  your withholding rate, you can submit a W4 form to the Settlement Administrator.  A copy of W4
4  form is enclosed with this Notice."

5  WHEREAS CPT Group has informed the parties that it does not typically utilize
6  individual class members' W4 forms when calculating the withholding on individual settlement
7  payments, and that it is more efficient and less time-consuming for all class members' payments
8  to be subject to withholding at the supplemental rate.

9  AND WHEREAS THE PARTIES wish to modify the terms of their settlement and the
10  notice to class members to provide for the more efficient method of calculating the withholding
11  on individual settlement payments that has been suggested by CPT Group.

12  NOW THEREFORE, the parties stipulate and jointly request that the Court approve the
13  following modifications of the terms of their settlement and the notice to class members:

14  1.  CPT Group will not include send W4 forms to class members.

15  2.  The notice to class members will be revised to delete the following language that
16  appears under the heading "Taxation of Individual Settlement Payments":  "The Settlement
17  Administrator will calculate your withholding based on the last W4 form you submitted to Neil
18  Jones.  And if you do not have a W4 form on file with Neil Jones, your withholding will be at the
19  highest rate.  If you are uncertain about whether you have a W4 form on file with Neil Jones, or
20  you wish to change your withholding rate, you can submit a W4 form to the Settlement
21  Administrator.  A copy of W4 form is enclosed with this Notice."

22  3.  Under the heading "Taxation of Individual Settlement Payments" the notice to
23  class members will include the following language in the place of the language being deleted:
24  "The Settlement Administrator will calculate your withholding based on the supplemental rate."

25  IT IS SO STIPULATED.

26  Dated: April 22, 2016                                  WILSON TRIAL GROUP

27                                                                       BY:  /S/ DENNIS P. WILSON
28                                                                              DENNIS P. WILSON

|   |   |   |
|---|---|---|
| 1 |   | Attorneys for Plaintiffs |
| 2 |   | LUIS VALDEZ, CAROLINA MARTINEZ and |
|   |   | THE SETTLEMENT CLASS |
| 3 |   |   |
| 4 | Dated:  April 22, 2016 | FOSTER EMPLOYMENT LAW |

BY:  /S/ MICHAEL E. WILBUR
     MICHAEL E. WILBUR
     Attorney for Defendant
     THE NEIL JONES FOOD COMPANY

IT IS SO ORDERED.

Dated:  **April 25, 2016**

UNITED STATES MAGISTRATE JUDGE

3